**\*E-Filed 06/23/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PELFREY, ET AL., | No. C 10-01078 RS |
|       Plaintiffs,<br>v. | **ORDER** |
| CBS CORP., ET AL., | |
|       Defendants.          / | |

I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated: 06/23/2010

                                       RICHARD SEEBORG
                                       UNITED STATES DISTRICT JUDGE